UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Nationwide Life Insurance Co.,

    Plaintiff,

v.                                                                                          Case No. 2:05cv604

Penn-Mont Benefits Services, Inc., et al.,          Judge Michael H. Watson

    Defendants.


Nationwide Life Insurance Co.,

    Plaintiff,

v.                                                                                          Case No. 2:05cv1066

John J. Koresko,                                                             Judge Michael H. Watson

    Defendant.


John J. Koresko,

    Plaintiff,

v.                                                                                          Case No. 2:06cv66

Nationwide Life Insurance Co.,                                   Judge Michael H. Watson

    Defendant.

## ORDER

On October 20, 2008, the United Stated Court of Appeals for the Federal Circuit issued its opinion in *In re Bilski*, 545 F.3d 943 (9th Cir. 2008). A petition for writ of certiorari was filed January 28, 2009. Upon examination, the Court concludes the issues presented in *Bilski* may impact the resolution of this matter. Accordingly, the

Court hereby **STAYS** this action pending resolution of *Bilski* by the United States Supreme Court. Within thirty days of either a denial of the writ of certiorari or a decision by the Supreme Court on the merits, the parties shall submit briefs, no longer than ten pages in length, analyzing the holding in relation to this matter.

**IT IS SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court