UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Nationwide Life Insurance Co., | : |
| Plaintiff, | : |
| v. | : Case No. 2:05cv604 |
| PennMont Benefit Services, Inc., *et al.* | : Judge Michael H. Watson |
| Defendants. | : Magistrate Judge Mark R. Abel |
| Nationwide Life Insurance Co., | : |
| Plaintiff, | : |
| v. | : Case No. 2:05cv1066 |
| John J. Koresko, | : Judge Michael H. Watson |
| Defendant. | : Magistrate Judge Mark R. Abel |
| John J. Koresko, | : |
| Plaintiff, | : |
| v. | : Case No. 2:06cv66 |
| Nationwide Life Insurance Co., | : Judge Michael H. Watson |
| Defendant. | : Magistrate Judge Mark R. Abel |

**MOTION OF WOODCOCK WASHBURN, LLP TO WITHDRAW AS COUNSEL
FOR PENNMONT BENEFIT SERVICES, INC. AND JOHN J. KORESKO**

Woodcock Washburn, LLP ("Woodcock"), counsel for PennMont Benefit Services, Inc. and John J. Koresko ("PMBS" and "Koresko") in the captioned actions, files this motion to

withdraw as PMBS' and Koresko's counsel in these cases. In order to avoid the possibility of prejudice to either PMBS or Koresko, Woodcock has submitted its Memorandum of Law in Support of Motion to Withdraw, and a Declaration of Henrik D. Parker, Esquire with accompanying exhibits to Judge Watson's chambers for *in camera* review.

A proposed Order and Certificate of Service are filed with this motion.

Respectfully submitted,

Dated: October 20, 2009

/s/ Henrik D. Parker
Henrik D. Parker
Woodcock Washburn, LLP
Cira Center, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891