UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Nationwide Life Insurance Co.,

    Plaintiff,

v.                                                                       Case No. 2:05cv604

Penn-Mont Benefits Services, Inc., *et al.*,        Judge Michael H. Watson

    Defendants.


Nationwide Life Insurance Co.,

    Plaintiff,

v.                                                                       Case No. 2:05cv1066

John J. Koresko,                                              Judge Michael H. Watson

    Defendant.


John J. Koresko,

    Plaintiff,

v.                                                                       Case No. 2:06cv66

Nationwide Life Insurance Co.,                       Judge Michael H. Watson

    Defendant.

## ORDER

Before the Court is the October 20, 2009 Motion of Woodcock Washburn, L.L.P. (hereinafter "Woodcock") to Withdraw as Counsel for Plaintiffs Penn-Mont Benefit Services, Inc. (hereinafter "Penn-Mont") and John J. Koresko (hereinafter "Koresko") (hereinafter collectively "Plaintiffs") (Doc. 127).

Upon consideration, the Court finds Woodcock's motion to be well-taken. Accordingly, the October 20, 2009 Motion of Woodcock to Withdraw as Counsel for Plaintiffs (Doc. 127) is hereby **GRANTED**. Woodcock shall serve a copy of this order on Plaintiffs within **five days** of the filing of this Order.

Penn-Mont shall engage substitute counsel and such counsel shall enter his or her appearance in this matter on or before **November 30, 2009**. Mr. Koresko shall advise the Court on or before **November 30, 2009** whether he will be represented by counsel in this matter or will be appearing *pro se*.

**IT IS SO ORDERED.**

Michael H. Watson, Judge
United States District Court