# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Nationwide Life Ins. Co<br>    Plaintiff | : | 2009 DEC -3 P 1: 41 |
| V | : | Civil Action<br>No. 2:05-cv-604 |
| PennMont Benefit Services, Inc., et al<br>    Defendants | : | Judge Michael H. Watson |

JAMES BONINI CLERK

| | | |
|---|---|---|
| Nationwide Life Ins. Co.<br>    Plaintiff | : | |
| V | : | Civil Action<br>No. 2:05-cv-1066 |
| John J. Koresko,<br>    Defendant | : | Judge Michael H. Watson |

| | | |
|---|---|---|
| John J. Koresko<br>    Plaintiff | : | |
| V | : | Civil Action<br>No. 2:06-cv-66 |
| Nationwide Ins. Co.<br>    Defendant | : | Judge Michael H. Watson |

## NOTICE OF APPEAL

Notice is hereby given that, John J. Koresko, appeals the Orders of the Honorable Michael H. Watson granting the Motion to Withdraw entered in the above captioned matters on or about October 30, 2009

November 29, 2009                Respectfully submitted,

*[signature]*

John J. Koresko, pro se
200 W. Fourth Street
Bridgeport, Pa. 19405
610-992-2200

## Certificate of Service

I hereby certify that the within Notice of Appeal has been served upon the following Counsel or parties by electronic means or by first class mail to the persons and at the addresses listed below on November 29, 2009.

>Michael P. Dunnam, Esq.
>Woodcock Washburn
>Cira Center
>2929 Arch Street, 12th Floor
>Philadelphia, Pa. 19104
>
>J. Kevin Fee, Esq.
>Morgan Lewis and Bockius
>1701 Market Street
>Philadelphia, Pa. 19103
>
>Stephen C. Gray, Esq.
>Bricker & Ecker
>100 South Third Street
>Columbus, Ohio 42315
>
>T. Earl LeVere, Esq.
>Schottenstien, Zox & Dunn
>250 West Street
>Columbus, Ohio 43215
>
>Clifford Masch, Esq.
>Reminger & Reminger
>101 Prospect Ave. West
>Cleveland, Ohio 44115

_____
John J. Koresko

11/29/09

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Nationwide Life Insurance Co., | |
| Plaintiff, | |
| v. | Case No. 2:05cv604 |
| Penn-Mont Benefits Services, Inc., *et al.*, | Judge Michael H. Watson |
| Defendants. | |
| | |
| Nationwide Life Insurance Co., | |
| Plaintiff, | |
| v. | Case No. 2:05cv1066 |
| John J. Koresko, | Judge Michael H. Watson |
| Defendant. | |
| | |
| John J. Koresko, | |
| Plaintiff, | |
| v. | Case No. 2:06cv66 |
| Nationwide Life Insurance Co., | Judge Michael H. Watson |
| Defendant. | |

## ORDER

Before the Court is the October 20, 2009 Motion of Woodcock Washburn, L.L.P. (hereinafter "Woodcock") to Withdraw as Counsel for Plaintiffs Penn-Mont Benefit Services, Inc. (hereinafter "Penn-Mont") and John J. Koresko (hereinafter "Koresko") (hereinafter collectively "Plaintiffs") (Doc. 127).

Upon consideration, the Court finds Woodcock's motion to be well-taken. Accordingly, the October 20, 2009 Motion of Woodcock to Withdraw as Counsel for Plaintiffs (Doc. 127) is hereby **GRANTED**. Woodcock shall serve a copy of this order on Plaintiffs within **five days** of the filing of this Order.

Penn-Mont shall engage substitute counsel and such counsel shall enter his or her appearance in this matter on or before **November 30, 2009**. Mr. Koresko shall advise the Court on or before **November 30, 2009** whether he will be represented by counsel in this matter or will be appearing *pro se*.

**IT IS SO ORDERED.**

Michael H. Watson, Judge
United States District Court