# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED
JAMES BONINI
CLERK

2009 DEC -3 P 1: 41

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| Nationwide Life Ins. Co<br>      Plaintiff | : | |
| V | : | Civil Action<br>No. 2:05-cv-604 |
| PennMont Benefit Services, Inc., et al<br>      Defendants | : | Judge Michael H. Watson |

| | | |
|---|---|---|
| Nationwide Life Ins. Co.<br>      Plaintiff | : | |
| V | : | Civil Action<br>No. 2:05-cv-1066 |
| John J. Koresko,<br>      Defendant | : | Judge Michael H. Watson |

| | | |
|---|---|---|
| John J. Koresko<br>      Plaintiff | : | |
| V | : | Civil Action<br>No. 2:06-cv-66 |
| Nationwide Ins. Co.<br>      Defendant | : | Judge Michael H. Watson |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance PRO SE in the above captioned cases.

November 29, 2009                 Respectfully submitted,

*[signature]*

John J. Koresko, pro se
200 W. Fourth Street
Bridgeport, Pa. 19405
610-992-2200

## Certificate of Service

I hereby certify that the within Entry of Appearance has been served upon the following Counsel or parties by electronic means or by first class mail to the persons and at the addresses listed below on November 29, 2009.

>Michael P. Dunnam, Esq.
>Woodcock Washburn
>Cira Center
>2929 Arch Street, 12th Floor
>Philadelphia, Pa. 19104
>
>J. Kevin Fee, Esq.
>Morgan Lewis and Bockius
>1701 Market Street
>Philadelphia, Pa. 19103
>
>Stephen C. Gray, Esq.
>Bricker & Ecker
>100 South Third Street
>Columbus, Ohio 42315
>
>T. Earl LeVere, Esq.
>Schottenstien, Zox & Dunn
>250 West Street
>Columbus, Ohio 43215
>
>Clifford Masch, Esq.
>Reminger & Reminger
>101 Prospect Ave. West
>Cleveland, Ohio 44115

John J. Koresko

11/29/09